**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL W. FRANKLIN,

                Plaintiff,                              19 **CIVIL** 3516 (GWG)

      -against-                                   **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                 Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 31, 2020, the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
           August 31, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                 Clerk of Court
                                            BY:
                                                                 Deputy Clerk